IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MORENO,

        Petitioner,                      No. CIV S-08-0772 FCD KJM P

      vs.

MIKE KNOWLES, Warden, et al.,

        Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. Because the writ challenges the governor's reversal of a grant of parole, respondent shall include the entire record considered by the governor. To the

1

extent that portions of that record have been submitted in support of the petition, respondent need not duplicate it but may note in the notice of lodging which of petitioner's exhibits were part of the governor's record.  See Rule 5, Fed. R. Governing § 2254 Cases;

      2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

      4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
more0772.100feekjm