IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MORENO,

               Petitioner,

      vs.

MIKE KNOWLES, Warden, California
Medical Facility,

            Respondent.

No. 2:08-cv-00772-JKS

ORDER STAYING PROCEEDING

At Docket No. 11 this Court issued its Order to Show Cause why this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392. Petitioner and Respondent filed statements of non-opposition at Docket Nos. 12 and 13, respectively.

IT IS THEREFORE ORDERED THAT this matter is stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

Dated:  December 19, 2008.

                          /s/ James K. Singleton, Jr.
                         JAMES K. SINGLETON, JR.
                         United States District Judge