IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORENO,<br><br>                Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden, California Medical Facility,<br><br>                Respondent. | No. 2:08-cv-00772-JKS<br><br>DISMISSAL ORDER |

      This Court has been advised by the parties that Peter Moreno is now deceased. At Docket No. 17 Petitioner, through counsel, has filed a Motion to Dismiss, with prejudice. It appearing that Petitioner having died, this Court cannot grant any effective relief, rendering this matter moot. Accordingly,

      **IT IS ORDERED THAT** Petitioner's Motion to Dismiss with prejudice is **GRANTED**.

      **IT IS FURTHER ORDERED THAT** the Petition for Habeas Corpus Relief under 28 U.S.C. § 2254 filed herein is **DISMISSED**, with prejudice.

      The Clerk of the Court is directed to enter final judgment accordingly.

      Dated: July 20, 2010.

                                                              /s/ James K. Singleton, Jr.
                                                              JAMES K. SINGLETON, JR.
                                                              United States District Judge